# United States Bankruptcy Court

Eastern District of Louisiana

---

DERRICK P. BURMASTER
505 N SIBLEY ST
METAIRIE LA 70003

23-11081
Chapter 13
Section A

---

### TRUSTEE'S MOTION TO DISMISS CASE for NON-COMPLIANCE and NOTICE OF HEARING

---

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who reports that this case is not in compliance with its plan, and therefore prays that the case be dismissed. There have been no previous Motions to Dismiss for Non-Compliance filed herein. As of May 23, 2024, plan payments are in arrears $3,240.65, or 4 months. The last four (or all if fewer than four) plan payments received by the Trustee are as follows:

03/11/2024 $485.54     02/21/2024 $485.54     02/12/2024 $485.54     01/29/2024 $144.44

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

July 31, 2024 at 9:00 am.

at the *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611.

**All cases will be called beginning at 9:00 AM according to debtors attorneys last name, regardless of when the category is set.**

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's attorney no later than seven days before the hearing. If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for debtor:

WILLIAM G CHERBONNIER JR
wgc@billcherbonnier.com

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein. |
| May 23, 2024          by: Ann Agrillo |